UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DYLAN JAMES KAMMERAAD,

    Petitioner,

v.

SHERMAN CAMPBELL,

    Respondent.

_____/

Case No. 1:16-cv-349

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Sherman Campbell and against Petitioner.

Dated: November 1, 2017

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge